IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In Re:

BONNIE J. FREDEEN                                         Case No. 9:18-bk-03068-FMD

        Debtor.

_____/

## MOTION TO SELL PROPERTY OF THE ESTATE

COMES NOW the Trustee in the above-styled case, ROBERT E. TARDIF JR., and hereby moves this Court pursuant to 11 U.S.C. §§ 105 and 363 and Rule 6004 for an Order authorizing the sale of property of the estate by private sale and states as follows:

1. **Property:** Trustee proposes to sell the following property described as follows: (Lot 73, Phase I, Village Walk of Bonita Springs, Plat Book 79, Pages 32-50 (28032 Eagle Ray Court, Bonita Springs, Florida)

2. **Purchaser:** The proposed purchaser is Black Point Assets, Inc., as Trustee of the 28032 Eagle Ray Court Trust, 13014 N. Dale Mabry Hwy. # 357, Tampa, Florida 33618. The buyer does not have any relationship to the Debtor or any other party in interest.

3. **Price:** The selling price is $4,000.00. The Trustee has not had the property appraised. The Trustee has not had the property appraised and has not retained a real estate broker. The property is over-encumbered with encumbrances that total $546,014.00 against property that the Debtor values in her schedules at $197,956.00 and the property appraiser values at $348,058.00.

---

NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602, and serve a copy on the movant's attorney, Robert E. Tardif Jr., P.O. Box 2140, Fort Myers, Florida 33902, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

4. **Terms:** The property is being sold "AS IS, WHERE IS WITH ALL FAULTS AND DEFECTS THEREIN" with no representations or warranties of any kind and subject to any and all liens and encumbrances as listed on Debtor(s) bankruptcy schedules, together with any unknown liens, IRS liens, easements, covenants, conditions, restrictions, reservations, judgments and actions of record encumbering the Property as well as any accrued and accruing taxes and assessments or otherwise, if any. Purchaser shall further hold harmless and indemnify Trustee against any losses, liabilities, claims and causes of action arising out of or relating to this transaction. The Trustee has not performed a judgment or lien title search. Purchaser is responsible for checking marketability of title prior to date of sale. Liens and encumbrances included in the Debtor's schedules include:

| Creditor | Nature of Interest | Amount |
|---|---|---|
| Select Portfolio Servicing Inc<br>PO Box 65450<br>Salt Lake City UT 84165-0450 | Mortgage | 546,014.00<br>From Debtors' Schedules |
| Village Walk of Bonita Springs HOA Inc<br>PO Box 12336<br>Naples FL 34101-2336 | Assessment Lien | 1,100.00<br>From Debtor's Schedules |

5.  **Benefit to Estate:** The anticipated net proceeds to the estate are $4,000.00. Scheduled unsecured creditors amount to approximately $38,330.00. A true an accurate copy of an estimated net sheet or closing statement is attached to this motion.

6.  **Closing Costs:** Purchaser shall pay the total amount of applicable transfer taxes calculated and due under Fla. Stat. § 201.02, together with all closing costs, including but not limited to the following:

a.  Recording Cost of Deed - $18.50
b.  Documentary Stamps - $3,830.00 (Documentary stamp amount is calculated as follows: According to Debtor's schedules the outstanding encumbrances on the property total $546,014.00. Trustee calculated documentary stamps on a $547,114.00/$100.00 = $5,471.14 x $0.70 = $3,830.00 (rounded up). Trustee has checked the real estate taxes and the taxes are paid.

7.  **Closing:** The Purchaser is required to provide the Trustee two payments. The first payment will be a $4,000.00 payment made payable to Robert E. Tardif Jr., Trustee. The second payment will be a $3,848.50 payment made payable to the Lee County Clerk for recording costs and documentary stamps. The Trustee will personally receive both checks and will send the deed to recording to insure that the costs and documentary stamps are paid. The Trustee will not deliver title until the documentary stamps are collected and paid.

8.  **Higher Bids**: In the case of private sales only, the Trustee will entertain any higher bids for the purchase of the property described in this Report and Notice of Intention to Sell. Such bids must be at least $100.00 higher than the sales price reflected above. Any higher bid must be received by the Trustee at the address listed below no later than close of business 21 days from the date of service of this document.

WHEREFORE the Trustee moves the Court for entry of an Order authorizing the sale of the above-described property in accordance with the terms stated herein.

*Certificate of Service*

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished electronically to the Assistant United States Trustee and Richard J. Hollander and by regular U.S. Mail to Bonnie J. Fredeen, 105 Fenway Cir., #103, Winchester VA 22603 and Florida Department of Revenue, 5050 West Tennessee Street, Tallahassee, FL 32399-0100 and all creditors and parties in interest on the attached matrix on June 18 2018

/s/ Robert E. Tardif Jr.
Robert E. Tardif Jr., Trustee
P.O. Box 2140
Fort Myers, Florida 33902
Telephone: 239/362-2755
Facsimile: 239/362-2756
Email: rtardif@comcast.net

```
Label Matrix for local noticing          Caryl E. Delano                          Bonnie J. Fredeen
113A-9                                   Tampa                                    105 Fenway Circle, #103
Case 9:18-bk-03068-FMD                   , FL                                     Winchester, VA 22603-4788
Middle District of Florida
Ft. Myers
Mon Jun 18 14:08:57 EDT 2018

Nissan Motor Acceptance Corporation      Wilmington Savings Fund Society          American Express
c/o Stewart, Zlimen & Jungers, Ltd.      Robertson, Anschutz & Schneid, P.L.      PO Box 650448
2860 Patton Road                         6409 Congress Avenue, Ste 100            Dallas, TX 75265-0448
Roseville, MN 55113-1100                 Boca Raton, FL 33487-2853


Capital One                              CenturyLink                              Chase
PO Box 60599                             c/e Central Credit Services LLC          PO Box 15123
City of Industry, CA 91716-0599          9550 Regency Square Blvd #500            Wilmington, DE 19850-5123
                                         Jacksonville, FL 32225-8169


Citi Advantage                           Diane Brzezinski, DO PA                  HSN
PO Box 9001037                           P.O. Box 19000                           PO Box 659707
Louisville, KY 40290-1037                Belfast, ME 04915-4085                   San Antonio, TX 78265-9707



Hiatt Run Condos LLC                     Internal Revenue Service                 Nissan Finance
175 Fenway Circle                        PO Box 7346                              PO Box 742658
Winchester, VA 22603-4773                Philadelphia, PA 19101-7346              Cincinnati, OH 45274-2658



Select Portfolio Servicing Inc           Synchrony Bank                           Village Walk of Bonita Springs HOA Inc
PO Box 65450                             PO Box 960061                            PO Box 12336
Salt Lake City, UT 84165-0450            Orlando, FL 32896-0061                   Naples, FL 34101-2336



Robert E Tardif Jr.+                     Richard J. Hollander +                   United States Trustee - FTM7/13 +
Trustee                                  Miller, Hollander & Jeda                 Timberlake Annex, Suite 1200
Post Office Box 2140                     5278 Golden Gate Pkwy., Suite 2          501 E Polk Street
Fort Myers, FL 33902-2140                Naples, FL 34116-7644                    Tampa, FL 33602-3949



Bradley Halberstadt +                    Shreena Augustin +                       Note: Entries with a '+' at the end of the
Stewart Zlimen & Jungers, Ltd,           Roberston, Anschutz, & Schneid           name have an email address on file in CMECF
2860 Patton Road                         6409 Congress Avenue
Roseville, MN 55113-1100                 Boca Raton, FL 33487-2853



End of Label Matrix
Mailable recipients    23
Bypassed recipients     0
Total                  23
```