ORDERED.

**Dated:  July 17, 2018**

Caryl E. Delano
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In Re:

BONNIE J. FREEDEN                                  Case No. 9:18-bk-03068-FMD

                    Debtor.
_____/

### ORDER GRANTING MOTION FOR AUTHORITY
### TO SELL PROPERTY OF THE ESTATE

**THIS CAUSE** came before the Court, without hearing, on the Trustee's Motion for Authority to Sell Property of the Estate (Doc No. 11) to Black Point Assets, LLC., as Trustee of the 28032 Eagle Ray Court Trust, having been served pursuant to Local Rule 2002-4, and the Court having reviewed the record, finding that no responses and/or objections were filed, finds that the Motion is well taken.  It is, therefore

**ORDERED, ADJUDGED and DECREED** that the Motion is hereby granted.  It is further

**ORDERED, ADJUDGED and DECREED** that the Trustee is hereby authorized to sell the following described property to Black Point Assets, LLC, as Trustee of the 28032 Eagle Ray Court Trust, for the sum of $4,000.00:  Lot 73, Phase I, Village Walk of Bonita Springs, Plat Book 79, Pages 32-50 (28032 Eagle Ray Court, Bonita Springs, Florida).

Trustee, Robert E. Tardif Jr., is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and to file a proof of service within three days of entry of the Order.