IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In Re:
BONNIE J. FREDEEN,                    Case No. 9:18-bk-03068-FMD

        Debtor
_____/

## TRUSTEE'S REPORT OF SALE

The undersigned Trustee of the estate of the above-named Debtor reports as follows:

1. On June 18, 2018, the Trustee filed a Motion to Sell Property of the Estate (28032 Eagle Ray Court, Bonita Springs, FL 34135) for $4,000.00.

2. On July 17, 2018, the Court entered an Order Granting the Motion to Sell Property of the Estate.

3. The Trustee has received the sales proceeds.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the Assistant U.S. Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602 this 31st day of July 2018.

/s/ Robert E. Tardif Jr.
Robert E. Tardif Jr., Trustee
Post Office Box 2140
Fort Myers, FL 33902
(239) 362-2755
(239) 362-2756 (facsimile)
rtardif@comcast.net